**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JEAN ANN PLOUT,

      Plaintiff,                                    Case No.: 1:26-cv-00656

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
| --- | --- |
| 1 | Whiteguolu |
| 2 | Guixla1252 |
| 3 | Jyaohao0186 FROM US |
| 4 | Xiaosdecorate |
| 5 | Jimiansou |
| 6 | NEW5 |
| 7 | Artistic Curtain |
| 8 | ARTBLANKET-Direct |
| 9 | SWEET-HOME-ART |
| 10 | chuanglangchla |
| 11 | XMJunJianTongPan |
| 12 | linfenjingjikaifaqujiameijiazhengfuwuyouxiangongsi |
| 13 | kangyebaihuodian |
| 14 | zacinover store |
| 15 | SZKD |
| 16 | guangzhoutuanpeidianzishangwushanghanggerenduzi |
| 17 | zhongshanshiyingxindadengshiy |
| 18 | Guangzhou Runban Trading Co., Ltd |
| 19 | xixinp |
| 20 | 金华市揪隼电子商务有限公司 |
| 21 | 莱莉电子配件 |
| 22 | fenghuangshanzhangjinlanfangzhipinjingyingbu |

1

| 23 | lanlingxianfeiyuanshangmaoyouxiangongsi |
|----|------------------------------------------|
| 24 | Jiwulan |
| 25 | ZhuZhouYunQinShangMaoYouXianGongSi |
| 26 | 海冯边玩具 |
| 27 | MCZ Pro Flag |
| 28 | Axjgxq |
| 29 | 小原子精品 |
| 30 | xiaojingxiemao77 |
| 31 | oumate |
| 32 | 7ColorRoom |
| 33 | VORKOI |
| 34 | yingchuanjinshu |
| 35 | tianyong |
| 36 | Cjhhycphy |
| 37 | MUCHENGGIFT LLC SHOP |
| 38 | NESTORIA SHOP |
| 39 | zhangwenjing |
| 40 | Dalrosia |
| 41 | The Pavilion of Dream Stars |
| 42 | The Painted Vista |
| 43 | Zoeyjld |
| 44 | Zero to One Hundred |
| 45 | HALH |
| 46 | MXpillowcase |
| 47 | MApillowcase |
| 48 | Fanli Textile Direct Sales |
| 49 | Wanwo |
| 50 | LCY Family throw pillow |